| DISTRICT COURT OF THE VIRGIN ISLANDS |
|:---:|
| DIVISION OF ST. CROIX |

DESERIE M. CROSSLEY,

                         **Plaintiff,**              **2007-CV-0017**

  **v.**

DAVID C. ELLIOT, KEVIN RAMES,
ROBERT SIEBENGARTNER, and
ISLAND LYNX FERRY COMPANY, LLC,

                    **Defendants.**

TO:   Lee J. Rohn, Esq.
       Kevin A. Rames, Esq.

## ORDER

THIS MATTER is before the Court for hearing upon Plaintiff's Motion to Sever (Docket No. 17), Plaintiff's Motion to Strike Suggestion of Death (Docket No. 19), and Defendants' Motion for Reference (Docket No. 14) on December 19, 2007.  K. Glenda Cameron, Esq., represented Plaintiff.  Kevin A. Rames, Esq., appeared on behalf of Defendants David C. Elliot and Kevin Rames, *pro se*.

Having reviewed the documents filed by the parties and having heard the arguments of counsel, the Court finds that the bankruptcy trustee has been discharged and the bankruptcy matter has been closed by the order entered on October 25, 2007.

*Crossley v. Elliot*
2007-CV-0017
Order
Page 2

Consequently, the motion to sever and the motion for reference has been rendered moot thereby.   The Court further finds that the striking of the suggestion of death is not warranted.

Accordingly, it is now hereby **ORDERED**:

1.      Plaintiff's Motion to Sever (Docket No. 17) is **DENIED AS MOOT**.

2.      Defendants' Motion for Reference (Docket No. 14) is **DENIED AS MOOT**.

3.      Plaintiff's Motion to Strike Suggestion of Death (Docket No. 19) is **DENIED**.

ENTER:

Dated: January 3, 2008                              /s/

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE